**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Richard D. Trenk (RT6874)
Henry M. Karwowski (HK3839)
Attorneys for Debtor-Defendant

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 09-32883 (MS) |
| JACK H. BOYAJIAN | Chapter 7 |
| Debtor. | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE, | Adv. Pro. No. 10-01065 (MS) |
| Plaintiff, | Hearing Date: April 26, 2010 at 10:00 AM |
| v. | Oral Argument Requested |
| JACK H. BOYAJIAN, | |
| Defendant. | |

**NOTICE OF MOTION OF JACK H. BOYAJIAN FOR
<u>ENTRY OF ORDER DISMISSING COMPLAINT</u>**

**PLEASE TAKE NOTICE** that on the 26th day of April 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, Jack H. Boyajian (the "Debtor"), by and through his attorneys, Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., shall move, pursuant to Bankruptcy Rule 7012 and before the Honorable Morris Stern, United States Bankruptcy Court, M.L. King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey, for entry of an Order Dismissing Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Debtor shall rely upon the enclosed letter memorandum of law and proposed form of order, and upon oral argument of his counsel.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court and served on the undersigned in accordance with the applicable rules.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

                              **TRENK, DiPASQUALE, WEBSTER,**
                              **DELLA FERA & SODONO, P.C.**
                              Attorneys for Debtor-Defendant

                              By:     /s/ Henry M. Karwowski
                                        HENRY M. KARWOWSKI

Dated: March 22, 2010

F:\WPDOCS\A-M\Boyajian\Adv. Proceeding\Dismiss - Notice of Motion.doc