| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> ~~DISTRICT OF NEW JERSEY~~ <br><br> **TRENK, DiPASQUALE, WEBSTER,** <br> **DELLA FERA & SODONO, P.C.** <br> 347 Mount Pleasant Avenue, Suite 300 <br> West Orange, NJ  07052 <br> (973) 243-8600 <br> Richard D. Trenk (RT6874) <br> Henry M. Karwowski (HK3839) <br> Attorneys for Debtor-Defendant | |
| In re: <br><br> JACK H. BOYAJIAN, <br><br>        Debtor. | Case No. 09-32883 (MS) <br><br> Chapter 7 |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE, <br><br>        Plaintiff, <br><br> v. <br><br> JACK H. BOYAJIAN, <br><br>        Defendant. | Adv. Pro. No. 10-01065 (MS) |

**ORDER DISMISSING COMPLAINT**

    The relief set forth on the following page, numbered two (2), is hereby ORDERED.

(Page 2)

Debtor:          Jack H. Boyajian

Case No.:       09-32883

Caption of Order:    Order Dismissing Complaint

---

**THIS MATTER** having been opened to this Court by Jack H. Boyajian (the "Debtor"), by and through his attorneys, Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., by the filing of a Motion for Entry of Order Dismissing Complaint; this Court having heard oral argument and having considered the moving papers and any opposition thereto; and for good cause shown;

**IT IS ORDERED** that the Debtor's Motion is granted.

**ORDERED** that the Complaint in this adversary proceeding is hereby dismissed.

F:\WPDOCS\A-M\Boyajian\Adv. Proceeding\Dismiss - Proposed Order.doc