

ATTORNEYS AT LAW

WEST ORANGE – RED BANK
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NEW JERSEY 07052

P (973) 243-8600
F (973) 243-8677

www.trenklawfirm.com

February 7, 2011

Client No. 3576-001

Via ECF and Electronic Mail
(chambers_of_ms@njb.uscourts.gov)

Honorable Morris Stern
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Re:   Jack H. Boyajian
      Case No. 09-32883 (MS)

      **Stanziale v. Boyajian**
      Adv. Pro. No. 10-1065 (MS)

Dear Judge Stern:

This firm represents Jack H. Boyajian, the debtor in the above-referenced case and adversary proceeding. This letter confirms, pursuant to my conversation with Your Honor's chambers on February 7, 2011, that the pre-trial hearing in the above adversary proceeding, currently scheduled for February 8, 2011 at 9:30 AM, has been adjourned to April 12, 2011 at 9:30 AM.

Thank you very much for Your Honor's consideration in this matter.

Respectfully submitted,

TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.

/s/ Henry M. Karwowski

Henry M. Karwowski

cc:   Donald C. Crecca, Esq. (via ECF and electronic mail)

369617_1

RICHARD D. TRENK ■ JOSEPH J. DIPASQUALE ■ ELNARDO J. WEBSTER, II ■ SAM DELLA FERA, JR. ■ ANTHONY SODONO, III
HENRY M. KARWOWSKI ■ JOSHUA H. RAYMOND ■ THOMAS M. WALSH ■ JOSEPH MADDALONI, JR. ■ JOHN M. MCDONNELL
SHOSHANA SCHIFF ■ JOHN F. NEWMAN ■ JONI NOBLE MCDONNELL ■ BRIAN T. CROWLEY
JENNIFER M. CARRILLO-PEREZ ■ MICHELE M. DUDAS ■ JODI M. LUCIANI ■ MARK Y. MOON
ADAM D. WOLPER ■ JOAO F. MAGALHAES ■ AZIZ O. NEKOUKAR ■ ROSS J. SWITKES ■ JENNIFER D. TALLEY