| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>*Caption in compliance with D.N.J. LBR 9004-2(c)*<br><br>**McCARTER & ENGLISH, LLP**<br>Charles A. Stanziale, Jr.<br>Donald J. Crecca<br>Kate Roggio Buck, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Phone: 973-622-4444<br>Fax:     973-624-7070<br>Email:  cstanziale@mccarter.com<br>            dcrecca@mccarter.com<br>            cbarba@mccarter.com<br><br>*Counsel to Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Jack H. Boyajian* | FILED<br>JAMES J. WALDRON<br>JUN 29 2011<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>JACK H. BOYAJIAN,<br><br>            Debtor. | Case No.: 09-32883 (MS)<br><br>Chapter 7<br><br>Judge: Morris Stern, U.S.B.J. |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee,<br><br>            Plaintiff,<br>vs.<br><br>JACK H. BOYAJIAN,<br><br>            Defendant. | Adv. Pro. No. 10-01065 (MS) |

## JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

6/29/11

ME1 10391936v.3

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P 16(b) and (e)*, made applicable to these proceedings by *Fed.R.Bankr.P. 7016*, it is

**ORDERED** that:

1. All discovery is to be completed by **March 1, 2012**. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than **March 20, 2012**, and returnable no later than **April 9, 2012**. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. ☐ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than ~~**ten (10)**~~ **3 days prior to the trial date**. The parties anticipate a trial of approximately **two (2) days**.

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. Trial will commence on _April 13 2012_ at _9 AM_ or as soon thereafter as the matter may be heard, at:

2

ME1 10391936v.3

United States Bankruptcy Court

ML KING JR. Fed. Bldg

Address: 50 WALNUT ST.
NEWARK, NJ 07102

Courtroom #: 34

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

Revised 5-28-02