Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Jack H. Boyajian
Debtor

Case No.: 09−32883−MS
Chapter 7

Charles A. Stanziale Jr.
Plaintiff

v.

Jack H. Boyajian
Defendant

Adv. Proc. No. 10−01065−MS                    Judge: Morris Stern

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 29, 2011, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 – 23
Joint Scheduling Order. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/29/2011 Discovery due by 3/1/2012. Trial date set for 4/13/2012 at 09:00 AM at MS − Courtroom 3A, Newark. (wdh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 29, 2011
JJW: wdh

James J. Waldron
Clerk