UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**CLOSED**

In re: JACK H. BOYAJIAN

Chapter: 7

Bankruptcy Case No.: 09-32883(MS)

Civ. Action No.: 13-1908 (JLL)

Debtor

## ORDER DISMISSING APPEAL

IT APPEARING to the Court that on _Feb. 14, 2013_ A Notice of Appeal was filed from the order of the U.S. Bankruptcy Court dated _Jan. 31, 2013_; and entitled _Bankruptcy Court Order_; and

IT FURTHER appearing to the Court from the Bankruptcy Court's certification under D.N.J.L.B.R. 8006-1 that appellant has not filed a designation of contents of record on appeal and statement of issues under Federal Rule of Bankruptcy Procedure 8006, nor has said party applied for an extension of time to do so, and that the time for filing of same has expired;

IT IS, on this _4_ Day of _April_, 20_13_;

ORDERED, that the Notice of Appeal in this matter be and the same is hereby dismissed under Federal Rule of Bankruptcy Procedure 8001(a) for failure to comply with Federal Rule of Bankruptcy Procedure 8006.

Judge, United States District Court